UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| TIFANIE DEE ANN MCDOWELL, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 1:12-cv-82 |
| v. | ) | |
| | ) | Judge Mattice |
| MICHAEL S. ASTRUE, | ) | Magistrate Judge Carter |
| Commissioner of Social Security, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

# ORDER

On April 3, 2013, United States Magistrate Judge William Carter filed his Report and Recommendation (Doc. 18) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that (1) Plaintiff's Motion for Judgment on the Pleadings (Doc. 14) be denied; (2) Defendant's Motion for Summary Judgment (Doc. 16) be granted; (3) the Decision of the Commissioner be affirmed; and (4) this action be dismissed.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation. Nevertheless, the Court has reviewed the Report and Recommendation as well as the record, and it agrees with Magistrate Judge Carter's well-reasoned conclusions.

Accordingly:

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b);

- Plaintiff's Motion for Judgment on the Pleadings (Doc. 14) is **DENIED**;

- Defendant's Motion for Summary Judgment (Doc. 16) is **GRANTED**;

- The decision of the Commissioner is **AFFIRMED**; and

- This case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this 5th day of June, 2013.

                                                                    ___/s/ *Harry S. Mattice, Jr.*___
                                                                       HARRY S. MATTICE, JR.
                                                                  UNITED STATES DISTRICT JUDGE